FILED

04/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0220



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0220

WILLIAM L. HESSE,

      Petitioner,

    v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

      Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

    Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

    DATED: April 5, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court